**STARK & STARK**
A Professional Corporation
Marshall T. Kizner (MK-7344)
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, New Jersey 08543-5315
(609) 896-9060
Attorneys for Shirley Morris,
and Eric Morris and Company, LLC

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NICHOLAS J. DELZOTTI, as Assignee for and on behalf of VON MORRIS CORPORATION,<br><br>Plaintiffs,<br><br>ERIC MORRIS; SHIRLEY MORRIS; MARK WOJCIK, CPA; VM DECORATIVE, LLC; ERIC MORRIS AND COMPANY, LLC; VON MORRIS DECORATIVE HARDWARE, LLC AND ABC CORPS 1-10,<br><br>Defendants. | Civil Case No.: 1:14-cv-07223-JBS-AMD<br><br>*Civil Action*<br><br>**ANSWER OF DEFENDANTS, SHIRLEY MORRIS AND ERIC MORRIS AND COMPANY, LLC** |

Defendants, Shirley Morris and Eric Morris and Company, LLC (hereinafter "Defendants") says:

1. Admitted.

2. Admitted that Eric Morris[1] is a citizen of the Commonwealth of Pennsylvania. Defendants cannot admit or deny the remainder of the paragraph since the phrase "all relevant times" is not defined.



[1] Eric Morris filed a Chapter 7 petition in the Eastern District of Pennsylvania, Bankruptcy Court, on July 13, 2015. The Chapter 7 case is captioned *In Re Eric David Morris*, Case No. 15-15004 ("Bankruptcy Case"). In view of the filing of the Bankruptcy Case, Plaintiff is prohibited from proceeding with this matter as to Mr. Morris due to the automatic stay provision of the bankruptcy code.

3. Admitted that Shirley Morris is a citizen of the Commonwealth of Pennsylvania. Defendants cannot admit or deny the remainder of the paragraph since the phrase "all relevant times" is not defined.

4. Admitted that Mark Wojcik is an accountant. The remainder of the allegation is denied.

5. Admitted that Von Morris Decorative Hardware, LLC ("VMDH") was incorporated on January 31, 2012. Subsequently VMDH changed its name to VM Decorative, LLC ("VM"). Thereafter, VM changed its name to Eric Morris and Company, LLC (the "LLC"). Accordingly, the LLC is the only entity and the Complaint improperly names VMDH and VM, which are no longer the recognized names of the LLC. It is further admitted that the LLC was incorporated in Pennsylvania and is registered to conduct business in New Jersey.

**Jurisdiction**

6. Admitted as to Defendants.

7. Admitted as to the LLC. Denied as to Shirley Morris.

**Facts Common to All Counts**

8. Admitted.

9. Admitted that Eric Morris was the President of the Von Morris Corporation ("VMC"). The remainder of the allegation is denied.

10. Admitted that Shirley Morris was an employee of VMC. The remainder of the allegation is denied.

11. Admitted that Shirley Morris is a owner of the LLC.

12. Admitted.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

36. Denied.

37. Denied.

38. Denied.

39. Denied.

**Count I**
**(New Jersey Fraudulent Transfer Act, N.J.S.A. 25:2-25(a))**

40. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if fully set forth at length herein.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

WHEREFORE, Defendants demand judgment against the Plaintiff dismissing the Plaintiffs' Complaint together with costs, attorneys' fees and such other relief as this Court may deem to be necessary and proper.

**Count II**
**(New Jersey Fraudulent Transfer Act, N.J.S.A. 25:2-25(b))**

48. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if fully set forth at length herein.

49. Denied.

50. Denied.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

WHEREFORE, Defendants demand judgment against the Plaintiff dismissing the Plaintiffs' Complaint together with costs, attorneys' fees and such other relief as this Court may deem to be necessary and proper.

**Count III**
**(New Jersey Racketeer Influenced and Corrupt Organizations Act, N.J.S.A. 2C:41-2)**

58-62. Dismissed by Court.

**Count IV**
**(Conspiracy to Commit a Tort)**

63-65. Dismissed by Court.

**Count V**
**(Aiding in the Commission of a Tort)**

66. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if fully set forth at length herein.

67. Denied.

68. Denied.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

WHEREFORE, Defendants demand judgment against the Plaintiff dismissing the Plaintiffs' Complaint together with costs, attorneys' fees and such other relief as this Court may deem to be necessary and proper.

**Count VI**
**(Conversion)**

69. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if fully set forth at length herein.

70. Denied.

71. Denied.

WHEREFORE, Defendants demand judgment against the Plaintiff dismissing the Plaintiffs' Complaint together with costs, attorneys' fees and such other relief as this Court may deem to be necessary and proper.

**Count VII**
**(Accounting)**

72-74. Dismissed by Court.

**Count VIII**
**(Alter Ego)**

75. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if fully set forth at length herein.

76. Denied.

77. Denied.

78. Denied.

WHEREFORE, Defendants demand judgment against the Plaintiff dismissing the Plaintiffs' Complaint together with costs, attorneys' fees and such other relief as this Court may deem to be necessary and proper.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

**Count IX**
**(Successor Liability)**

79. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if fully set forth at length herein.

80. Denied.

81. Denied.

82. Denied.

WHEREFORE, Defendants demand judgment against the Plaintiff dismissing the Plaintiffs' Complaint together with costs, attorneys' fees and such other relief as this Court may deem to be necessary and proper.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Defendant affirmatively alleges, on information and belief, that Creative Capital has no,

3. Plaintiff's claims for relief are barred by the doctrine of unclean hands.

4. Plaintiff has failed to reasonably mitigate its damages.

5. Plaintiff has failed to reasonably exercise its business judgment in administering the estate of VMC.

6. Plaintiff's Complaint is barred by its failure to name a necessary and indispensible party.

7. Plaintiff lacks standing.

8. Plaintiff's claims are barred by the Entire Controversy Doctrine.

9. Defendants made no transfers under N.J.S.A 25:2-25.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

10. Any transfers allegedly made were not made with the intent to hinder, delay or defraud any creditor.

11. Any alleged transfers were for fair consideration.

12. The events complained of were caused by Force Majeure for which Defendants are not liable.

13. Defendants did not violate any duty owed to Plaintiff under the common law, by statute or otherwise.

14. Plaintiff's claims should be diminished or barred based on Plaintiff's own conduct.

15. Defendants' conduct was not the proximate cause of the Plaintiff's alleged losses, injuries or damages.

16. Plaintiff's claims are barred by the doctrine of accord and satisfaction.

17. Plaintiff's Complaint is barred by the doctrines of estoppel, laches, release, and waiver.

18. Plaintiff's Complaint is barred by the doctrines of license, payment and release.

19. Plaintiff's alleged claims are offset by the quantum of money owed by VMC to Defendants.

20. Defendants' conduct was based on the advice of counsel.

21. Defendant reserves the right to add further affirmative defenses as they become known through investigation and/or discovery.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543

STARK & STARK
A Professional Corporation
Attorneys for Defendants, Shirley Morris,
and Eric Morris and Company, LLC

By: /s/ *Marshall T. Kizner*
MARSHALL T. KIZNER

Dated: September 22, 2015

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543